Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10033−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Fox
   36 Adriana Ct
   Brick, NJ 08724

Social Security No.:
   xxx−xx−4453

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/7/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 7, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-10033-CMG

Susan Fox  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 07, 2024     Form ID: 148     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Fox, 36 Adriana Ct, Brick, NJ 08724-7101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520126016 | + | EDI: CAPITALONE.COM | Mar 08 2024 01:42:00 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 520126017 | | EDI: CITICORP | Mar 08 2024 01:42:00 | Citibank, PO Box 8105, South Hackensack, NJ 07606 |
| 520171412 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 07 2024 20:49:00 | HMH-OCEAN MEDICAL CENTER, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 520162504 | | EDI: JEFFERSONCAP.COM | Mar 08 2024 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520173612 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2024 20:56:28 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520166273 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2024 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520126018 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 07 2024 20:49:00 | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 520185416 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 07 2024 20:49:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520126021 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 07 2024 20:48:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |
| 520174891 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 07 2024 20:49:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520126019 | + | EDI: SYNC | Mar 08 2024 01:42:00 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 520126020 | + | Email/Text: BKMAIL@planethomelending.com | Mar 07 2024 20:49:00 | Planet Home Lending, 321 research parkway, Meriden, CT 06450-8301 |
| 520183960 | + | Email/Text: BKMAIL@planethomelending.com | Mar 07 2024 20:49:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520126023 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 520126024 | + | EDI: SYNC | Mar 07 2024 20:56:28 | Resurgent, PO Box 5025, Sioux Falls, SD 57117 |
|  |  |  | Mar 08 2024 01:42:00 | Synchrony Bank, PO Box 96001, Orlando, FL 32896-0001 |
| 520126025 | + | EDI: SYNC | Mar 08 2024 01:42:00 | TJ MAXX, PO BOX 530948, Atlanta, GA 30353-0948 |
| 520126647 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 07 2024 21:10:22 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520126026 |  | EDI: WFNNB.COM | Mar 08 2024 01:42:00 | Victorias Secrets, PO Box 659728, San Antonio, TX 78265 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa |
| 520126022 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, PO Box 747032, Pittsburgh, PA 15274 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Debtor Susan Fox kydalalaw@aim.com  kydalalaw@aim.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5